William Francis Brown, by Joseph Francis Brown, His Guardian ad Litem, Respondent, v. Samuel Rosen, Appellant.— Order denying defendant's motion for

judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.